# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: January 25, 2013

Official Caption[1]

2012-1655, -1656

INSITUFORM TECHNOLOGIES, INC.
and INA ACQUISITION CORP.,

Plaintiffs-Appellees,

v.

AMERIK SUPPLIES, INC. (formerly known as BJR Trading U.S.A., Inc.)
and ERIK NIELSEN,

Defendants/Third Party Plaintiffs-Appellees,

v.

COSMIC-SONDERMASCHINENBAU GMBH,

Third Party Defendant-Appellant.

Appeals from the United States District Court for the Northern District of Georgia in case no. 08-CV-0333, Judge Timothy C. Batten, Sr.

Authorized Abbreviated Caption[2]

INSITUFORM TECHNOLOGIES V AMERIK SUPPLIES, INC., 2012-1655, -1656

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.